IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY ANGUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cv-536-RJD-SMY |
| | ) |
| DG RETAIL, LLC, d/b/a | ) |
| DOLLAR GENERAL and | ) |
| SHAWNA RICKARD, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 21), recommending the denial of the motion to remand filed by Plaintiff Gary Angus (Doc. 12). No objections have been filed to the Report. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that original subject matter jurisdiction exists over this action as there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. The Court finds no clear error in Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Plaintiff's motion to remand (Doc. 12) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  December 16, 2024**

**STACI M. YANDLE**
**United States District Judge**